E-FILED
Wednesday, 27 January, 2021  03:26:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DENISE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-3030 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW the Plaintiff, Denise Green ["Green"], and for her cause of action against

the Defendant, the Illinois Department of Human Services ["Department"], states as follows:

## JURISDICTION

The jurisdiction of this Court is invoked pursuant to the terms of Title 28, United States

Code, Sections 1337 and Title 42, United States Code Section 2000e-5.  This is a civil action

arising under the laws of the United States regulating commerce.  Specifically, this is an action

brought in furtherance of a certain act of Congress guaranteeing to employees protection against

discriminatory treatment in employment because of race.

The venue of this Court to entertain the issues raised in this case is appropriate by virtue

of Title 28, United States Code, Section 1391(b), since the Department engages in its

governmental activities within the judicial district of this Court and the claims giving rise to the

above captioned proceeding did occur within the judicial district of this Court.

**PARTIES**

1.  That Green is an adult resident of Springfield, Illinois.  At times relevant to this case, she was employed by the Department as a public service administrator in its Division of Mental Health ["Division"].  She began her employment with the Department on July 16, 2010.

2.  That the Department is an agency of the government of the State of Illinois which, among other things, sponsors various social service programs for the citizens of the State.

3.  That at all times pertinent to this proceeding the Department, in connection with its governmental enterprise, employed individuals.  As such, it was an employer as that term is defined at 42 U.S.C. Section 2000e(b).

**STATEMENT OF CLAIM**

4.  That at all times pertinent to this proceeding the Department did, in connection with its governmental enterprise, engage in commerce and in an enterprise effecting commerce.

5.  That within the time prescribed by law Green did file with the Equal Employment Opportunity Commission ["EEOC"], through the Illinois Department of Human Rights, a charge of civil rights violation against the Department.  This proceeding is being initiated within ninety days of her receipt of a Notice of a Right to Sue issued by the EEOC.

6.  That Green is an African-American.

7.  That prior to January 2, 2018 Green had a temporary assignment as a regional director.

8.  That at times relevant to this case Green reported to Daniel Wasmer ["Wasmer"], a Caucasian, who was the Deputy Director of Regional Operations.

9.   That at all times relevant to this case Christine McLemore ["McLemore"] was the chief of staff of the Division.  Prior to January of 2018, Green had infrequent contact with McLemore.

10.   That at all times pertinent to this cause Green adequately performed her employment duties for the Department in a manner which should have satisfied all reasonable expectations which it had for someone holding the positions she held.

11.   In January of 2018 at the direction of McLemore and without explanation Green's office was relocated from McFarland Mental Health Center where it had been for approximately seven years to the central office of the Division.

12.   That in January of 2018 at the direction of McLemore Green was removed without explanation from her temporary assignment as the Executive Director of Regions 3 and 4 resulting in a loss of income.  Thereafter, the Department attempted to require Green to perform the same duties she had performed in her temporary assignment, but at the reduced salary.

13.   That at times relevant to this cause, there were greater than 25 individuals who were assigned to the central office of the Division.  Of those, only three, including Green, were African-American.  At times relevant to this cause, there were approximately twelve individuals that had executive positions within the Division.  Of those, two including Green were African-American.

14.   That beginning in January of 2018 and continuing thereafter, McLemore on a repeated basis acted out against Green without cause.  In this respect McLemore:

a) reassigned Green from the McFarland Mental Health Center to the central office, a more inconvenient work location, without any articulate reason;

b) removed Green from the acting executive director position without explanation;

c) submitted an unwarranted complaint with the Office of the Executive Inspector General accusing Green of improper conduct which complaint had no merit;

d) in March of 2018 obstructed Green's effort to transfer to a higher and more responsible position than the one she was holding at the Department with the Illinois Department of Children and Family Services;

e) made unwarranted claims that Green had abused her work time which claims had no basis in fact;

f) initiated Green's termination from employment with the Department which, although not successful, did lead to her suspension for a period of 30 days;

g) upon the completion of Green's suspension, refused to return Green to the office she held and instead assigned her to work in a cubicle even though an office was available for her use;

h) directed employees in the central office not to speak with Green;

i) required Green to remain at her workstation and to refrain from speaking with co-employees in the central office;

j) warned another African-American employee in the central office not to come to Green's workstation; and

k) initiated the process of docking from Green's salary for time she claimed that Green was paid when she did not work even though Green had provided documentary proof that she had in fact worked at those times.

15.  That the Department attempted to appoint a Caucasian employee who was less qualified than Green to the executive director position formerly held by Green.

16.  That the Department terminated another African-American as the Executive Director of Region 5 and replaced her with a Caucasian male having at best a limited background in the field of mental health.

17.  That on information and belief the Division has attempted without good reason to discipline other African-American employees that were supervised by Wasmer.  Each time McLemore was involved and the attempts were without the recommendation or approval of Wasmer.

18.  That the treatment directed at Green as described above was motivated because of her race.

19.  That as a direct and proximate result of the conduct described above Green has sustained loss of the income and benefits she would have had as well as physical and emotional trauma, mental anguish, embarrassment, humiliation, inconvenience and loss of the enjoyment of life all of which has resulted in injury and damage to her.

WHEREFORE, the Plaintiff, Denise Green, respectfully requests that this Court enter judgment in her favor and against the Department and provide the following relief:

A.  Enter a declaratory judgment determining that the actions complained of in this complaint are unlawful in violation of the provisions of 42 U.S.C. Section 2000e-2;

B.  Award Green damages for the economic losses she has sustained by virtue of the Department's conduct;

C.  Award Green damages sufficient in amount to compensate her for the physical injury, emotional distress, mental anguish, embarrassment, inconvenience and loss in the enjoyment of life suffered by her as a result of the conduct described in this complaint;

D.  Assess against the Department the costs and expenses incurred by Green in maintaining the above captioned proceeding together with the reasonable attorney fees incurred by her in prosecuting the above captioned cause; and

E.  Provide such other relief as the Court deems be equitable and just.

THE PLAINTIFF, DENISE GREEN, RESPECTFULLY REQUESTS THAT ALL ISSUES RAISED IN THE ABOVE PROCEEDING WHICH MAY BY LAW BE PROPERLY TRIED BEFORE A JURY BE TRIED BY A JURY.

Denise Green, Plaintiff

By:  /s/ James P. Baker
        James P. Baker
        Bar Number: 0097802
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois  62701
        Telephone:  (217) 522-3445
        Facsimile:  (217) 522-8234
        E-mail:  jpb@bbklegal.com
        (Complaints/ green denise federal 012621)